**Richard G. FRIES, Jr., Plaintiff–Appellant**

v.

**UNITED STATES, Defendant–Appellee**

**Richard G. Fries, Jr., Plaintiff–Appellant**

v.

**United States, Defendant–Appellee**

2016–1242
2016–1304

United States Court of Appeals,
Federal Circuit.

Decided: August 12, 2016

RICHARD G. FRIES, JR., Atlantic Beach, FL, pro se.

AARON WOODWARD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee in 16–1242. RENEE GERBER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee in 16–1304. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., FRANKLIN E. WHITE, JR., DONALD E. KINNER.

Before Newman, Schall, and Chen, Circuit Judges.

Per Curiam.

Richard G. Fries appeals the dismissal of these actions by the Court of Federal Claims, as not within that court's jurisdiction, or for failure to state a claim on which relief can be granted.

Appeal No. 2016–1242 relates to Mr. Fries' contention that an unnamed third party was the victim of a dental scam, and requests damages in the amount of 2.5 million dollars. Such a cause of action, sounding in tort, is not within the jurisdiction of the Court of Federal Claims.

Appeal No. 2016–1304 concerns various allegations regarding drug testing, searches and seizures, and Mr. Fries' credit rating. Again, the Court of Federal Claims correctly held that Mr. Fries has not stated a cause within the jurisdiction of that court.

The dismissals are **AFFIRMED.**

No costs.